# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PAYTON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　Defendant. | Case No.: 3:21-cv-00644-BEN-DEB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 8]** |

　　　Plaintiff Laura Payton and Defendant Bank of America, N.A. filed a Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint (the "Joint Motion"). ECF No. 8. Good cause appearing, the Court **GRANTS** the Joint Motion. Accordingly, Defendants shall file their responsive pleading on or before June 2, 2021.

　　　**IT IS SO ORDERED.**

Dated: April 28, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**HON. ROGER T. BENITEZ**
　　　　　　　　　　　　　　　　　　　　　United States District Judge